UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-23637-CIV-ALTONAGA/BANDSTRA

EDUARDO M. CANTELAR,

    Plaintiff,

v.

MORGAN STANLEY DW, INC.,
a foreign corporation,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO PROPERLY PARTICIPATE IN THE SELECTION OF A MEDIATOR

Defendant, Morgan Stanley DW, Inc. ("Morgan Stanley"), provides notice that counsel for Plaintiff Eduardo M. Cantelar has failed to properly participate in the selection of a mediator. Pursuant to this Court's Order dated May 23, 2003, the parties had until June 23, 2003, to select a mediator. Because Ignacio J. Segurola, Esq., was purportedly taking over the representation of Plaintiff in this matter and Morgan Stanley was unable to get a response from him or Plaintiff's original counsel, Martin Leach Esq., regarding a mediator, Morgan Stanley requested and was granted an extension of time until July 7, 2003, for the parties to select a mediator. On June 24, 2003, Mr. Leach suggested two mediators. Morgan Stanley then suggested Mark Buckstein to both Mr. Leach and Mr. Segurola since it is unclear who represents Plaintiff. When Morgan Stanley's counsel inquired about the suggestions, Mr. Segurola stated that he had not reviewed the selections and would get back to Morgan Stanley's counsel with approval or disapproval. But, he never did. To date, and after several telephone calls and a letter to both Mr. Leach and Mr. Segurola, Morgan Stanley has been unable to get either Mr. Leach and/or Mr. Segurola to commit to a mediator. In fact, even after Morgan Stanley's counsel left several messages with a

CASE NO. 02-23637-CIV-ALTONAGA/BANDSTRA

lawyer from Mr. Segurola's office and Mr. Segurola received this message, Mr. Segurola still failed to return the calls. When Morgan Stanley's counsel called Mr. Leach today, he stated that he was not authorized to discuss the selection of a mediator because he had already "officially withdrawn" from this case. Morgan Stanley, however, has not received any court filed documents regarding his purported withdrawal from this case nor has Mr. Segurola made an appearance. Consequently, through no fault of its own, Morgan Stanley has been unable to agree on a mediator with Plaintiff.

DATED this 7th day of July, 2003.

Respectfully submitted,

s/ Brian Lerner_____
Anne Marie Estevez
  Florida Bar No. 991694
  E-mail: aestevez@morganlewis.com
Beth S. Joseph
  Florida Bar No. 0062952
  E-mail: bjoseph@morganlewis.com
Brian L. Lerner
  Florida Bar No.: 0177202
  E-mail: blerner@morganlewis.com
Morgan, Lewis & Bockius LLP
Counsel for Morgan Stanley DW, Inc.
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
Telephone:    305.415.3330
Facsimile:    305.415.3001

1-MI/492043.1

CASE NO. 02-23637-CIV-ALTONAGA/BANDSTRA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ignacio J. Segurola, Esquire, Del Amo & Segurola P.L., 201 Sevilla Avenue, Suite #202, Coral Gables, Florida 33134-6616 and Martin E. Leach, Esquire, Feiler & Leach, 901 Ponce De Leon Boulevard, Penthouse, Coral Gables, Florida 33134-3009 by facsimile and U.S. mail this 7th day of July, 2003.

s/ Brian L. Lerner_____
Brian L. Lerner

1-MI/492043.1